# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　*Plaintiff*,<br>　　v.<br>LLOYD STREATER,<br>　　*Defendant*. | No. 3:97cr232(MPS) |

## ORDER REDUCING TERM OF SUPERVISED RELEASE

In accordance with 18 U.S.C. § 3583(e)(1), the Court hereby ORDERS that Mr. Streater's term of supervised release shall be reduced by 12 months in light of his successful completion of Reentry Court on September 23, 2020.  Given this reduction, Mr. Streater's term of supervised release shall now conclude on August 14, 2023.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Michael P. Shea, U.S.D.J.

Dated:　　　Hartford, Connecticut
　　　　　　September 24, 2020